FILED 16 OCT '26 14:06 USDC-ORP

SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**LEWIS S. BURKHART, OSB #082781**
Assistant United States Attorney
Lewis.Burkhart@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNDER SEAL

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-cr-**00439-SI |
| **v.** | **MOTION TO SEAL INDICTMENT** |
| **THOMAS FRANKLIN DINGUS;**<br>**STEVEN ERIC HATCHER;** | **UNDER SEAL** |
| **Defendants.** | |

The United States of America moves the Court for an order sealing the Indictment, arrest warrant, and this Motion and Order for the reason that disclosure at this time may result in flight from prosecution or otherwise seriously jeopardize an ongoing investigation.

////

////

As set forth in the Order, the government is requesting authorization to provide copies of the Indictment and arrest warrant to all investigating agencies, and to provide the arrest warrant to other law enforcement entities as necessary to effectuate defendant's arrest, transport, extradition, or transfer of custody.

Dated: October ___, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

______________________________
LEWIS S. BURKHART, OSB #082781
Assistant United States Attorney