**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**UNITED STATES OF AMERICA**

**v.**

**STEVEN ERIC HATCHER,**

**Defendant.**

**3:26-cr-00439-SI-02**

**ORDER RECALLING ARREST WARRANT AND ISSUANCE OF SUMMONS**

On motion of the government and for good cause shown, the court hereby **ORDERS** that a warrant of arrest be **recalled** for Steven Eric Hatcher. Further the Court orders the issuance of a Summons for the defendant to appear for an initial appearance and arraignment on October 28, 2026 at 1:30 pm.

Dated: October 20, 2026

Stacie F. Beckerman

HONORABLE STACIE F. BECKERMAN
United States Magistrate Judge

Presented by:

SCOTT E. BRADFORD
United States Attorney

*/s/ Lewis S. Burkhart*
LEWIS S. BURKHART, OSB #082781
Assistant United States Attorney