AO 442 (Rev. 11/11) Arrest Warrant

UNDER SEAL

# UNITED STATES DISTRICT COURT

for the

District of Oregon

United States of America
v.
Thomas Franklin Dingus

*Defendant*

Case No. 3:26-cr-00439-SI-1

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Thomas Franklin Dingus,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B) and 846;
Unlawful Distribution of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) and 18 U.S.C. § 2.

Date: 10/16/2026

City and state: Portland, OR

Jolie A Russo
*Issuing officer's signature*

Honorable Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/16/2026, and the person was arrested on *(date)* 10/23/2026
at *(city and state)* Portland, OREGON.

Date: 10/23/2026

*Arresting officer's signature*

SDUSM Jonathan Lobell
*Printed name and title*